**UNITED STATES DISTRICT COURT**   **EASTERN DISTRICT OF TEXAS**

JAMES ROBERT HUGHES,  §
                       §
        Plaintiff,     §
                       §
*versus*               §   CIVIL ACTION NO. 9:22-CV-139
                       §
BRIAN COLLIER, *et al.*, §
                       §
        Defendants.    §

## ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff James Robert Hughes, proceeding *pro se*, filed the above-styled civil rights lawsuit against Brian Collier, Kurtis Pharr and Brittany Gattis.  The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.

The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that the claims against defendant Collier be dismissed for failure to state a claim upon which relief may be granted.  To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#23) is **ADOPTED**.  The claims against Brian Collier are **DISMISSED** for failure to state a claim upon which relief may be granted.

SIGNED at Beaumont, Texas, this 23rd day of July, 2024.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE