| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JAMES ROBERT HUGHES, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 9:22-CV-139
§
KURTIS PHARR, *et al.*, §
§
    Defendants. §

**MEMORANDUM ORDER ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

    James Robert Hughes, proceeding *pro se*, filed this civil rights lawsuit against Kurtis Pharr and Brittany Gattis. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for summary judgment filed by the defendants be granted. To date, the parties have not filed objections.

    The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

    Accordingly, the Report and Recommendation of United States Magistrate Judge (#36) is **ADOPTED**. The motion for summary judgment (#32) is **GRANTED**. A final judgment shall be entered dismissing this lawsuit.

    SIGNED at Beaumont, Texas, this 8th day of September, 2025.

                                                            MARCIA A. CRONE
                                              UNITED STATES DISTRICT JUDGE